In the Matter of the Application of New York Telephone Company, Appellant, for an Order that William F. Canough, as Commissioner of Assessment of the City of Syracuse, Respondent, Show Cause Why the Assessment of Certain Property of Said Petitioner for the Year 1940 Should Not Be Declared Erroneous, etc. (Property Omitted 1940 Assessment, etc.) — Same decision as in companion case of New York Telephone Company v. Canough (ante, p. 937). (The judgment confirms the report of the official referee and dismisses the petition, in a proceeding to compel defendant to strike from the 1941 assessment roll an item of $700,000 omitted on the 1940 roll on station apparatus, station installations and private branch exchanges owned by petitioner and located on property not belonging to it in the city of Syracuse. The order is the order of confirmation.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Ellen McKeever, Individually and as Executrix, etc., of Charles E. McKeever, Deceased, and Others, Appellants, Respondents, v. Central New York Regional Market Authority, Appellant, Respondent.— Judgment affirmed, without costs of this appeal to any party. New finding of fact made. All concur, except Dowling and Harris, JJ., who dissent and vote for reversal and for dismissal of the complaint. (The judgment determines that plaintiffs have title to certain property but that defendant has private easement rights as abutting owner, in an action in ejectment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Home Owners Loan Corporation, Respondent, v. Oliver D. Burden, Sr., Appellant, and Others, Defendants.— Order affirmed, without costs of this appeal to either party. All concur, except Crosby, P. J., not voting. (The order denies a motion by defendant Burden for a stay of the granting of judgment in a foreclosure action until after the war emergency and grants plaintiff's cross-motion to strike out the answer of said defendant.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.